UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MECOLE SCOTT,                                                      Plaintiff(s),

v.                                                 Civil Action No. 3:22-cv-480-DJH

O'CHARLEY'S RESTAURANT                                           Defendant(s).
PROPERTIES, LLC,

* * * * *

## <u>ORDER FOR MEETING AND REPORT</u>

Pursuant to the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

(1)     Magistrate Judge Lindsay will conduct a telephonic **Rule 16 scheduling conference on October 26, 2022, at 10:30 a.m.  Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-888-808-6929, access code 2773744.**  Counsel who will try the case shall participate in the conference.  Exceptions to this requirement shall be with the understanding that counsel who participate on behalf of any party (a) shall be fully prepared to discuss all aspects of the case with respect to the matters to be scheduled; (b) shall be empowered to bind all counsel for that party with respect to dates agreed upon or ordered; and (c) shall have authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed at the conference.

Any request for a change of the conference date shall be made to Magistrate Judge Lindsay's Case Manager, Theresa Burch, at theresa_burch@kywd.uscourts.gov no later than three (3) days prior to the conference.

(2)     The agenda for the conference shall include items set forth in Rule 16(c), including but not limited to the following:

1

(a)     formulation and simplification of the issues;

(b)     admissions and stipulations of fact;

(c)     consideration of the proposed discovery plan and review of the initial disclosures;

(d)     the possibility of settlement or the use of alternative methods of dispute resolution, including mediation; and

(e)     any need to adopt special procedures for managing potentially difficult or complex issues.

(3)     No later than **twenty-one (21) days before the Rule 16 conference**, counsel for the parties shall conduct the conference of parties required by Rule 26(f).  Topics to be addressed at the conference shall include possibilities for promptly settling or resolving the case, any issues related to the preservation of discoverable information, and the development of a discovery plan.

(4)     At the time of the Rule 26(f) conference of parties or within **fourteen (14) days** thereafter, counsel for the parties shall exchange the disclosures required by Rule 26(a)(1). Counsel shall make supplemental disclosures as required by Rule 26(e).

(5)     Within **fourteen (14) days** after the Rule 26(f) conference of parties, counsel for the parties shall file a written joint report outlining the proposed discovery plan and informing the Court whether prompt settlement of the case is possible.  The report shall substantially conform to Federal Rules of Civil Procedure Appendix Form 52 and shall advise the Court as to the following:

(a)     the parties' views and proposals required by Rule 26(f);

(b)     the length of time counsel reasonably believe will be necessary to join other parties and to amend the pleadings;

(c)     the length of time counsel reasonably believe will be necessary to file motions;

(d)     any issues upon which preliminary discovery will be needed and the length of time counsel reasonably believe will be necessary to conduct such discovery;

(e)     the length of time counsel reasonably believe will be necessary to complete all pretrial discovery, including expert witness discovery;

(f)     the length of time counsel reasonably believe will be necessary for the parties to make the expert disclosures required by Rule 26(a)(2);

(g)     any special instructions concerning interrogatories, requests for admission, or depositions;

(h)     the probable length of trial and whether there will be issues to submit to a jury;

(i)     the dates that are mutually convenient for counsel to assign this case for trial.


Dated:        September 15, 2022

                        ENTERED BY ORDER OF COURT
                        COLIN H. LINDSAY, MAGISTRATE JUDGE
                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF KENTUCKY

            By:     */s/ Natalie W. Thompson*
                        Natalie W. Thompson, Deputy Clerk