**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:22-CV-00480-DJH-CHL**

**MECOLE SCOTT,**                                                                       **Plaintiff,**

**v.**

**O'CHARLEY'S RESTAURANT PROPERTIES, LLC,**              **Defendant.**

### SCHEDULING ORDER

Based on the Court's review of the Parties' Joint Rule 26(f) Report (DN 7), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   Initial disclosures pursuant to FRCP 26(a)(1) shall be completed no later than **November 4, 2022**.

(2)   Any motion to amend pleadings or motion to join additional Parties shall be filed no later than **December 30, 2022.**

(3)   (a)   Identification of experts in accordance with FRCP 26(a)(2) shall be due

        Plaintiffs:                     no later than **June 1, 2023**

        Defendant:                  no later than **August 1, 2023**

        Rebuttal Experts:         no later than **September 1, 2023**

(b)   If a party intends to offer testimony from a treating physician who will not be designated as an expert in accordance with paragraph (a) above, the party who will call the treating physician shall disclose in writing the substance of the facts and opinion to which the physician is expected to testify and a summary of the grounds for each opinion.  This requirement may be satisfied by furnishing a report signed by the treating

physician or by a narrative disclosure. No deposition of any treating physician shall be conducted until after the required disclosure is made.

In the absence of good cause shown, no witness shall be permitted to testify except upon compliance with the provisions of this order.

(4) The Parties shall complete all discovery no later than **October 2, 2023**. No motion pertaining to discovery may be filed without first having a joint telephonic conference with Magistrate Judge Lindsay arranged through his chambers. Counsel shall e-mail the undersigned's Case Manager, Theresa Burch, at theresa_burch@kywd.uscourts.gov, and copy all counsel of record to schedule the conference. Counsel shall include a short, non-argumentative statement regarding the general nature of the dispute (*e.g.* "Counsel would like to discuss the sufficiency of plaintiff's/defendant's responses to written discovery") but shall refrain from including substantive legal arguments or lengthy recitations of the facts underlying the dispute.

(5) Supplementations under FRCP 26(e) shall be completed no later than **August 1, 2023**.

(6) No later than **December 1, 2023**, counsel for the Parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

(7) This matter set for a telephonic status conference before the undersigned on **September 5, 2023, at 9:30 AM ET**. Counsel for the Parties shall connect to the conference by dialing toll free number 1-888-808-6929 and entering access code 2773744#.

(8) The Parties are advised that this action is not stayed, and even in light of COVID-19, the Court directs the Parties to keep this action moving forward. Counsel should consider and

plan ahead for any logistical difficulties that will result from themselves, their support staff, or their clients working from home.  The Court encourages the Parties to be flexible with each other as necessary to respond to these difficulties.  As to depositions, the Parties are directed to utilize video conferencing and/or other means to take remote depositions.  However, nothing in this order should be construed as a requirement—or even encouragement—for any deponent, party representative, or attorney to be present in person with each other or to otherwise violate the current guidance regarding the importance and need for social distancing or any other current health guidelines regarding COVID-19.

(9)     The Parties are also advised that though the undersigned is conducting settlement conferences primarily via Zoom at this time, the undersigned will consider requests to have an in-person settlement conference on a case-by-case basis. The undersigned also remains available to conduct *ex parte* calls regarding settlement upon request. Any Party who wishes to request either a settlement conference or an *ex parte* call regarding settlement shall e-mail the undersigned's Case Manager, Theresa Burch, at theresa_burch@kywd.uscourts.gov, copying all counsel of record, to request the same.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:     Counsel of Record

October 25, 2022